JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.7303
   Facsimile: 415.436.7234
   E-mail: david.countryman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **No. CV 09-4183** ~~JL~~ MMC |
|                Plaintiff, ) | |
| v. ) | ~~[PROPOSED]~~ **DEFAULT JUDGMENT** |
| ONE 2007 HONDA ACCORD, VIN ) 1HGCM55147A020807, ) | |
|                Defendant. ) | |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this <u>13th</u> day of __January__, ~~2009,~~ 2010,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against One 2007 Honda Accord, VIN 1HGCM55147A020807 and it is;

1     FURTHER ORDERED that the above-captioned and listed defendant be, and hereby is,
2 condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(4), and that all
3 right, title and interest in said property be and hereby is vested in the United States of America;
4 and it is;
5     FURTHER ORDERED that the United States Marshals Service shall, in accordance with
6 law, dispose of the forfeited defendant vehicle.

~~HONORABLE JAMES LARSON~~
~~United States Magistrate Judge~~
MAXINE M. CHESNEY
United States District Judge